# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| John M. Cobin,<br><br>           Plaintiff,<br><br>vs.<br><br>Hearst-Argyle Television, Inc. (d/b/a WYFF 4), Entercom Communications Corp. (d/b/a WORD/WYRD FM), Meredith Corporation (d/b/a WHNS-Channel 21 Fox Carolina), Gannett Company, Inc. (d/b/a *The Greenville News*), Media General (d/b/a WSPA News 7),<br><br>           Defendants. | C. A. No. 6:07-cv-3869-HFF-BHH<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Pursuant to rule 12(b)(6), Fed. R. Civ. P., defendants respectfully move to dismiss the plaintiff's Complaint for failure to state a claim on which relief can be granted. The grounds for this motion are set forth in the memorandum filed concurrently herewith.

                                   Respectfully submitted,

                                   s/ Carl F. Muller
                                   Carl F. Muller (No. 3602)
                                   Wallace K. Lightsey (No. 1037)
                                   Hannah Rogers Metcalfe (No. 9943)
                                   WYCHE, BURGESS, FREEMAN & PARHAM, P.A.
                                   44 E. Camperdown Way
                                   Post Office Box 728
                                   Greenville, SC  29602-0728
                                   Telephone:  864-242-2800
                                   Telecopier:  864-235-8900
                                   E-Mail:  cmuller@wyche.com; wlightsey@wyche.com;
                                   hmetcalfe@wyche.com

Date:  December 7, 2007         **ATTORNEYS FOR DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| John M. Cobin,<br><br>    Plaintiff,<br><br>vs.<br><br>Hearst-Argyle Television, Inc. (d/b/a WYFF 4), Entercom Communications Corp. (d/b/a WORD/WYRD FM), Meredith Corporation (d/b/a WHNS-Channel 21 Fox Carolina), Gannett Company, Inc. (d/b/a *The Greenville News*), Media General (d/b/a WSPA News 7),<br><br>    Defendants. | C. A. No. 6:07-cv-3869-HFF-BHH<br><br>**CERTIFICATE OF SERVICE** |

This is to certify that on this 7th day of December, 2007, a true and correct copy of the within and foregoing **DEFENDANTS' MOTION TO DISMISS** was served on plaintiff (*pro se*) via First Class U.S. Mail, postage prepaid, to the the following address:

> John M. Cobin, *pro se*
> 1607 Scuffletown Road
> Fountain Inn, SC 29644

> s/ Carl F. Muller
> Wallace K. Lightsey
> Attorney for the Defendants

2