# EXHIBIT 1

# TO DEFENDANTS' MOTION TO DISMISS
## 7:07-CV-03869-HFF-BHH

# (INCIDENT REPORT)

## GREENVILLE COUNTY SHERIFF'S OFFICE — INCIDENT REPORT

**AGENCY I.D.:** SCO230000
**OFFENSE BLSD SUB-CODE:** 13B00
**CASE NUMBER:** 06000142459
**ADULT/JUVENILE:** Adult

### EVENT

- **Incident Type:** CRIMINAL DOMESTIC VIOLENCE 1ST
- **Offense Completed:** Yes
- **Forced Entry:** No
- **Premise Type:** 20: APARTMENTS
- **Type Victim:** Individual
- **Incident Location:** 1524 PERDITA WAY, THORNBLADE PARK APTS.
- **Closest Intersection:** GREER, SC
- **ZIP Code:** 29650
- **Incident Date:** 11/4/06   **Time:** 0933
- **Weapon Type:** 40: HANDS
- **Time Arrived:** 0952   **Time Completed:** 1230
- **Patrol District:** 03A

### Complainant
- **Name:** LONG, DAVID
- **Resident:** J  **Race:** W  **Sex:** M  **Age:** 40
- **Daytime Phone:** 244-7165 (H)
- **Evening Phone:** 419-7333 (C)
- **Address:** 101 BENNINGTON WAY
- **City:** GREER  **State:** SC  **ZIP:** 29650  **Patrol District:** 03A

### Victim
- **Name:** COBIN, LESLE, LONG
- **Relationship to Subject:** SB V/Spouse
- **Resident:** J  **Race:** W  **Sex:** F  **Age:** 44
- **Daytime Phone:** 607-6966 (C)
- **Evening Phone:** SAME
- **Address:** 1524 PERDITA WAY
- **City:** GREER  **State:** SC  **ZIP:** 29650  **Patrol District:** 03A
- **Visible Injury (Vict. 1):** Yes — REDNESS AROUND THROAT, BRUISES ON ARM, SHIN, ANKLE
- **Complaint of Non-Visible Injuries:** No
- **Victim Using Alcohol:** No   **Drugs:** No

### Subject
- **Suspect** — **Name:** COBIN, JOHN, MACAREWICH
- **Race:** W  **Sex:** M  **Age:** 43
- **DOB:** 03/10/63
- **Height:** 603  **Weight:** 265  **Hair:** Brown  **Eyes:** Green
- **Address:** 140 SUN MEADOW RD.
- **City:** GREER  **State:** SC  **ZIP:** 29650  **Patrol District:** 03A
- **SCDL:** (blank)
- **Subject Using Alcohol:** No
- **Arrested Near Offense Scene:** Yes
- **Total Arrested:** 1
- **Date/Time of Offense:** 11/4/06 0933
- **Date of Arrest:** 11/4/06
- **Arrestee Armed:** No
- **Arrested on Current Offense:** Yes
- **On View Arrest**
- **Charges:** CRIMINAL DOMESTIC VIOLENCE 1ST
- **Warrant #:** I-797216
- **Arrest Location:** 821 S. BATESVILLE RD. GREER, SC — CVS PHARMACY

### Narrative

MYSELF AND DEPUTY COLLING (C14) RESPONDED TO 1524 PERDITA WAY IN REFERENCE TO A DOMESTIC DISTURBANCE.

WHILE EN ROUTE DISPATCH ADVISED THAT THE SUSPECT WAS LEAVING THE APARTMENT WITH THEIR INFANT CHILD IN A BLACK VOLVO. A SHORT TIME LATER DISPATCH ADVISED THAT THE VICTIM'S BROTHER, DAVID LONG, WAS BLOCKING THE SUSPECT'S VEHICLE AT S. BATESVILLE RD. AND THE PARKWAY. DISPATCH ADVISED THE SUSPECT WHO ALSO CALLED 911 AND THE COMPLAINANT TO PULL INTO THE CVS AT THE INTERSECTION AND WAIT FOR

### Vehicle
- **Suspect Vehicle**
- **Tag Number:** 2261CU  **State:** SC  **Year:** 07
- **VIN:** YV1TS90D511191211
- **Make:** VOLVO  **Model:** S80  **Style:** 4 DR.  **Color:** BLACK

### Property
NONE

### Admin
- **Subject Identified:** Yes
- **Subject Located:** Yes
- **Arrested 18 and Over**
- **Reporting Officer:** J.D. REDMAN #821  **Date:** 11/4/06  **Unit:** C33
- **Approving Officer:** (signature)  **Date:** 11/4/06

## GREENVILLE COUNTY SHERIFF'S OFFICE
### SUPPLEMENTAL REPORT

OF AGENCY I.D. SCO230000

CASE NUMBER: 06000142459

☒ ORIGINAL REPORT

INCIDENT TYPE: CRIMINAL DOMESTIC VIOLENCE 1ST
PATROL DISTRICT: 03A
PAGE 2 OF 3

NAME: SEE PAGE ONE CODE 5

Arrest Location:

**NARRATIVE:**

US TO ARRIVE.

I MET WITH THE SUSPECT AND COMPLAINANT AT THE CVS AT 821 S. BATESVILLE RD. AND DEPUTY COLLING (C14) MET WITH THE VICTIM AT HER APARTMENT.

THE SUSPECT, JOHN COBIN, SAID THAT THIS MORNING HE CALLED HIS WIFE, LESLE COBIN, AND ARRANGED TO PICK UP THEIR 6 MONTH OLD SON. HE SAID THAT HIM AND HIS WIFE HAVE BEEN SEPARATED SINCE LATE JULY OF THIS YEAR. HE SAID HE ARRIVED AT HER APARTMENT AND SHE ASKED HIM TO COME INSIDE. HE SAID THAT THEY BEGAN TO DISCUSS SOME LIENS AND OTHER FINANCIAL ISSUES AND HIS WIFE BECAME UPSET. HE SAID THAT HE HAD THE BABY CARRIER IN HIS HAND AND TOLD HER THAT HE WANTED TO SEE HIS SON TOMORROW AT 4:00 P.M. HE SAID THAT SHE TOLD HIM NO AND PULLED ON THE BABY CARRIER. HE SAID ONE TIME THAT HE OVERPOWERED HER AND PUSHED HER DOWN AND KEPT CONTROL OF THE BABY CARRIER. A DIFFERENT TIME HE SAID THAT SHE PUSHED HIM IN THE CHEST FIRST WHILE SHE WAS HOLDING ONTO THE BABY CARRIER AND HE THEN PUSHED HER DOWN AGAINST THE COUCH. HE SAID THAT HE THEN SAW HER GRAB SOMETHING AND HE TOOK IT FROM HER. HE SAID THAT IT WAS THE PHONE AND HE SET IT DOWN OUTSIDE AS HE LEFT WITH THE BABY.

THE SUSPECT SAID THAT HE DID NOT HAVE ANY VISIBLE INJURIES AND DID NOT NEED 911. HE ALSO SAID THAT THE INFANT WAS NOT INJURED DURING THE FIGHT.

I CONTACTED DEPUTY COLLING (C14) AND HE ADVISED ME THAT THE VICTIM HAD BRUISES ON HER

REPORTING OFFICER: J.D. REDMAN #821
DATE: 11/04/06
C 33

11/05/06

| OF | AGENCY I.D. SCO230000 | **GREENVILLE COUNTY SHERIFF'S OFFICE SUPPLEMENTAL REPORT** | CASE NUMBER 0 6 0 0 0 1 4 2 4 5 9 |
|---|---|---|---|

☒ ORIGINAL REPORT  ☐ STATUS CHANGE  ☐ ADDITIONAL VICTIMS  ☐ ADDITIONAL STOLEN PROPERTY     INCIDENT TYPE: **CRIMINAL DOMESTIC VIOLENCE 1ST**

☐ SUPPLEMENTAL REPORT  ☐ OTHER REPORT  ☐ ADDITIONAL OFFENDERS  ☐ ADDITIONAL RECOVERED PROPERTY     PATROL DISTRICT: 03A     PAGE 3 OF 3 PAGES

RIGHT SHIN AND RIGHT BICEPS AREA. HE SAID THAT THE VICTIM'S RIGHT ANKLE WAS SLIGHTLY SWOLLEN AND BRUISED AS WELL. HE SAID THE VICTIM HAD REDNESS AROUND HER THROAT BUT NO BRUISING WAS VISIBLE. HE SAID THE VICTIM STATED SHE WAS PUSHED HER DOWN AND GRABBED HER BY THE NECK BEFORE HE LEFT WITH THEIR INFANT CHILD.

DEPUTY COLLING (C14) TOOK A WRITTEN STATEMENT FROM THE VICTIM. HE ALSO GAVE THE VICTIM A COPY OF THE VICTIM RIGHTS FORM AND DOMESTIC ABUSE FORM AND SHE SIGNED BOTH FORMS. DEPUTY COLLING (C14) SAID THE VICTIM REFUSED EMS AND SAID SHE WOULD HAVE HER BROTHER TAKE HER TO THE E.R.

DEPUTY COLLING (C14) ARRIVED AT CVS AND I PLACED THE SUSPECT UNDER ARREST WITHOUT INCIDENT. THE VICTIM ARRIVED AT THE SCENE AND TOOK CUSTODY OF THEIR INFANT SON. THE SUSPECT'S SON ALSO ARRIVED AND TOOK CUSTODY OF THE SUSPECT'S CAR.

FORENSICS INVESTIGATOR OGLE (930) RESPONDED TO THE VICTIM'S APARTMENT AND TOOK PHOTOGRAPHS OF HER INJURIES.

THE SUSPECT WAS NOT LISTED ON N.C.I.C AND DID NOT HAVE ANY ACTIVE WARRANTS WITH THIS AGENCY.

I REQUESTED A CRIMINAL HISTORY FROM DISPATCH AND THE SUSPECT DID NOT HAVE ANY PRIOR CONVICTIONS FOR CRIMINAL DOMESTIC VIOLENCE.

I TRANSPORTED THE SUSPECT TO DETENTION WITHOUT INCIDENT.

AT DETENTION I MET WITH JUDGE FISHER AND OBTAINED WARRANT #: I-797216 FOR CRIMINAL DOMESTIC VIOLENCE 1ST. I CONTACTED THE VICTIM AND SHE ARRIVED AT DETENTION FOR THE BOND HEARING. THE SUSPECT WAS ARRAIGNED BY JUDGE FISHER AND HIS BOND WAS SET AT $2,500/5,000. I PLACED THE SUSPECT IN DETENTION IN GOOD CONDITION.

I PLACED MY IN CAR VIDEO TAPE OF THE INCIDENT IN PROPERTY & EVIDENCE.

REPORTING OFFICER: J.D. REDMAN #821     DATE: 11/4/06     UNIT: C 33