# EXHIBIT 2

## TO DEFENDANTS' MOTION TO DISMISS
## 7:07-CV-03869-HFF-BHH

## (DVD OF NOVEMBER 4, 2006 WYFF-4 NEWS BROADCASTS)

## HAND DELIVERED TO COURT