# EXHIBIT 3

## TO DEFENDANTS' MOTION TO DISMISS
## 7:07-CV-03869-HFF-BHH

## (SCRIPT OF WYFF-4 NEWS BROADCASTS)

**A11 COBIN ARRESTED-INTRO** **Duration: 1:06**

[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>OTS \ COBIN ARRESTED \ </b>{<i>COMMITMENT 2006</i>}<b> \ Candidate \ Arrested</b>*SPELL*</mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><abstract><b>OTS \ COBIN ARRESTED \ </b>{<i>COMMITMENT 2006</i>}<b> \ Candidate \ Arrested</b>*SPELL*</abstract><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>OTS\COBIN ARRESTED\\Candidate\Arrested</CGDATA><Mchannel>3</Mchannel><spell>1</spell><mosGFX>\WYFF-50--8646-10-COMMITMENT 2006\\</mosGFX><modBY><mod><usr>LNEELY</usr><time>2006-11-04T20:25:13</time><cpu>WYFF-PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mosPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-4</itemSlug></mos>]

[Anchor:KELLY]{**KELLY**}

A CANDIDATE RUNNING FOR CONGRESS IS FREE ON BOND THIS MORNING AFTER BEING ARRESTED FOR CRIMINAL DOMESTIC VIOLENCE.

[TAKE VO]{***VO***}

ACCORDING TO THE GREENVILLE COUNTY INCIDENT REPORT .. LIBERTARIAN CANDIDATE .. DR. JOHN COBIN WAS ARRESTED YESTERDAY AT THE CVS PHARMACY ON BATESVILLE ROAD.

DR. COBIN WAS ARRESTED AFTER AN ALTERCATION THAT STARTED AT HIS ESTRANGED WIFE'S APARTMENT IN GREER.

THE REPORT SAYS COBIN PUSHED AND GRABBED HIS WIFE'S NECK .. LEAVING HER WITH QUOTE PHYSICAL INJURIES.

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Locator \ \ Friday \ Greenville \ \ </b></mosAbstract><abstract><b>CG: Locator \ \ Friday \ Greenville \ \ </b></abstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Locator\\Friday\Greenville\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEADING=Friday</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>2006-11-04T16:27:51</time><cpu>WYFF-REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mosPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-2</itemSlug></mos>]

DR. COBIN IS THE LIBERTARIAN CANDIDATE RUNNING FOR CONGRESS IN THE FOURTH CONGRESSIONAL DISTRICT.

HE'S CHALLENGING REPUBLICAN INCUMBENT BOB INGLIS .. AND DEMOCRAT WILLIAM "GRIFF" GRIFFITH.

WITH JUST DAYS UNTIL THE ELECTION .. GRIFFITH SAYS THE ARREST COMES AS A SHOCK.

[TAKE SOT]{***SOT***}

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Name \ \ \ William Griffith \ (D) Candidate for Congress \ </b></mosAbstract><abstract><b>CG: Name \ \ \ William Griffith \ (D) Candidate for Congress \ </b></abstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne

**A11 COBIN ARRESTED-INTRO**                                         **Duration: 1:06**

1>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Name\\\Will
iam Griffith\(D) Candidate for
Congress\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEA
DING=</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>2006-11-
04T16:06:33</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
3</itemSlug></mos>]

{1:50}
"I think it probably points out as often is pointed out that
political candidates and elected officials are just as human
as everyone else out there, and they're subject to the same
frailties temptations etc. as the population at large."{2:07}
[TAKE: ON CAM]{***KELLY ON CAM***}
     THE GREENVILLE SHERIFF'S OFFICE SAYS DR. COBIN WAS
RELEASED ON A 25 HUNDRED DOLLAR CASH BOND.
     WE TRIED TO CONTACT DR. COBIN BUT HE DID NOT RETURN OUR
PHONE CALL.
     REPRESENTATIVE BOB INGLIS SAYS HE HAS NO COMMENT.

**A14 COBIN ARRESTED-INTRO**                    **Duration: 1:06**

[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>OTS  \
COBIN ARRESTED \ </b>{<i>COMMITMENT 2006</i>}<b> \ Candidate \
Arrested</b>*SPELL*</mosAbstract><objID>CG</objID><objDur>1</objDur><objTB><
/objTB><b>OTS  \ COBIN ARRESTED \ </b>{<i>COMMITMENT 2006</i>}<b>
\ Candidate \
Arrested</b>*SPELL*<itemChannel>0</itemChannel><itemEdStart></ite
mEdStart><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</
mosSchema><mosPayload><CGDATA>OTS\COBIN
ARRESTED\\Candidate\Arrested</CGDATA><Mchannel>3</Mchannel><spell>1</spell>
<mosGFX>\WYFF-50--8646-10-COMMITMENT
2006\\</mosGFX></mod><modBY><mod><usr>LNEELY</usr><time>2006-11-
04T20:25:13</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
4</itemSlug></mos>]

[Anchor:KELLY]{**KELLY**}
     AN UPSTATE CANDIDATE SPENT  RUNNING FOR CONGRESS .. SPENT
TIME IN JAIL THIS WEEKEND.
[TAKE VO]{***VO***}
     ACCORDING TO THE GREENVILLE COUNTY INCIDENT REPORT ..
LIBERTARIAN CANDIDATE .. DR. JOHN COBIN WAS ARRESTED YESTERDAY
AT THE CVS PHARMACY ON BATESVILLE ROAD.
     DR. COBIN WAS ARRESTED AFTER AN ALTERCATION THAT STARTED
AT COBIN'S WIFE'S APARTMENT IN GREER.
     THE REPORT SAYS HIS WIFE WAS LEFT WITH .. QUOTE PHYSICAL
INJURIES.
     MRS. COBIN SAID HE PUSHED HER .. AND GRABBED HER NECK.
[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG:
Locator   \  \ Friday \ Greenville \ \  </b></mosAbstract><b>CG:
Locator   \  \ Friday \ Greenville \ \
</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Locator\\Fr
iday\Greenville\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=Friday</VarN>\ </Variables><modBY><mod><usr>TATWOOD</usr><time>20
06-11-04T16:27:51</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
2</itemSlug></mos>]
     DR. COBIN  IS THE LIBERTARIAN CANDIDATE RUNNING FOR
CONGRESS IN THE FOURTH CONGRESSIONAL DISTRICT.
     THE DISTRICT INCLUDES GREENVILLE .. SPARTANBURG .. UNION
.. AND NORTHERN LAURENS COUNTIES
     HE'S CHALLENGING REPUBLICAN INCUMBENT BOB INGLIS .. AND
DEMOCRAT WILLIAM "GRIFF" GRIFFITH.
     WITH JUST DAYS UNTIL THE ELECTION .. GRIFFITH SAYS THE
ARREST COMES AS A *SHOCK*.
[TAKE SOT]{***SOT***}
[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Name
\ \ \ William Griffith \ (D) Candidate for Congress \

6:07-cv-03869-HFF    Date Filed 12/07/07    Entry Number 13-4    Page 5 of 24

**A14 COBIN ARRESTED-INTRO**                              **Duration: 1:06**

---

</b></mosAbstract><b>CG: Name \ \ \ William Griffith \ (D)
Candidate for Congress \
</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Name\\\Will
iam Griffith\(D) Candidate for
Congress\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEA
DING=</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>2006-11-
04T16:06:33</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
3</itemSlug></mos>]

{1:50}
"I think it probably points out as often is pointed out that
political candidates and elected officials are just as human
as everyone else out there, and they're subject to the same
frailties temptations etc. as the population at large."{2:07}
[TAKE: ON CAM]{***KELLY ON CAM***}
     WE TRIED TO CONTACT DR. COBIN .. BUT HE DID NOT RETURN
OUR PHONE CALL.
     REPRESENTATIVE BOB INGLIS SAYS .. HE HAS NO COMMENT.

NOV-6-2007 08:51A FROM:NEWS DEPARTMENT    8643708589    TO:*62037839164628020046P.5

**B2 COBIN ARRESTED-INTRO**                                    **Duration: 1:06**

[Anchor:KELLY]{**KELLY**}
 AN UPSTATE CANDIDATE SPENT  RUNNING FOR CONGRESS .. SPENT
TIME IN JAIL THIS WEEKEND.
[TAKE VO]{***VO***}
 ACCORDING TO THE GREENVILLE COUNTY INCIDENT REPORT ..
LIBERTARIAN CANDIDATE .. DR. JOHN COBIN WAS ARRESTED YESTERDAY
AT THE CVS PHARMACY ON BATESVILLE ROAD.
 DR. COBIN WAS ARRESTED AFTER AN ALTERCATION THAT STARTED
AT COBIN'S WIFE'S APARTMENT IN GREER.
 THE REPORT SAYS HIS WIFE WAS LEFT WITH .. QUOTE PHYSICAL
INJURIES.
 MRS. COBIN SAID HE PUSHED HER .. AND GRABBED HER NECK.

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG:
Locator  \  \ Friday \ Greenville \  \ </b></mosAbstract><b>CG:
Locator  \  \ Friday \ Greenville \  \
</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Locator\\Fr
iday\Greenville\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=Friday</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>20
06-11-04T16:27:51</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
2</itemSlug></mos>]

 DR. COBIN  IS THE LIBERTARIAN CANDIDATE RUNNING FOR
CONGRESS IN THE FOURTH CONGRESSIONAL DISTRICT.
 THE DISTRICT INCLUDES GREENVILLE .. SPARTANBURG .. UNION
.. AND NORTHERN LAURENS COUNTIES
 HE'S CHALLENGING REPUBLICAN INCUMBENT BOB INGLIS .. AND
DEMOCRAT WILLIAM "GRIFF" GRIFFITH.
 WITH JUST DAYS UNTIL THE ELECTION .. GRIFFITH SAYS THE
ARREST COMES AS A *SHOCK*.
[TAKE SOT]{***SOT***}

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Name
\  \  \ William Griffith \ (D) Candidate for Congress \
</b></mosAbstract><b>CG: Name  \  \  \ William Griffith \ (D)
Candidate for Congress \
</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Name\\\Will
iam Griffith\(D) Candidate for
Congress\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEA
DING=</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>2006-11-
04T16:06:33</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
3</itemSlug></mos>]

{1:50}
"I think it probably points out as often is pointed out that

**B2 COBIN ARRESTED-INTRO**                    **Duration: 1:06**

political candidates and elected officials are just as human
as everyone else out there, and they're subject to the same
frailties temptations etc. as the population at large."{2:07}
**[TAKE: ON CAM]**{***KELLY ON CAM***}
     WE TRIED TO CONTACT DR. COBIN .. BUT HE DID NOT RETURN
OUR PHONE CALL.
     REPRESENTATIVE BOB INGLIS SAYS .. HE HAS NO COMMENT.

NOV-6-2007  08:51A FROM:NEWS DEPARTMENT  8643708589  TO:×620378391646280204GP.7

---

**F11 COBIN ARRESTED'-INTRO**          **Duration: 0:51**

---

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>OTS  \
COBIN ARRESTED \ </b>(<i>COMMITMENT 2006</i>)<b> \ Candidate \
Arrested</b>*SPELL*</mosAbstract><b>OTS  \ COBIN ARRESTED \
</b>(<i>COMMITMENT 2006</i>)<b> \ Candidate \
Arrested</b>*SPELL*<objID>CG</objID><objDur>1</objDur><objTB></ob
jTB><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetad
ata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGD
ATA>OTS\COBIN
ARRESTED\\Candidate\Arrested</CGDATA><Mchannel>3</Mchannel><spell>1</spell><
mosGFX>\WYFF-50--8646-10-COMMITMENT
2006\\</mosGFX><modBY></mod><usr>LNEELY</usr><time>2006-11-
04T20:25:13</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED&apos;-INTRO-
3</itemSlug></mos>]

[Anchor:KELLY]{**KELLY**}

  [TAKE: ON CAM]{**KELLY ON CAM**}

    A CONGRESSIONAL CANDIDATE IS FACING A DOMESTIC VIOLENCE
CHARGE .. JUST DAYS BEFORE THE GENERAL ELECTION
[TAKE VO]{***VO***}

      DR. JOHN COBIN IS FREE ON BOND THIS MORNING.

    HE WAS ARRESTED SATURDAY AFTER HIS ESTRANGED WIFE TOLD
DEPUTIES COBIN ASSAULTED HER.

      ACCORDING TO THE GREENVILLE COUNTY INCIDENT REPORT .. AN
ALTERCATION THAT STARTED AT COBIN'S WIFE APARTMENT IN GREER ..
LEFT HER WITH QUOTE PHYSICAL INJURIES.

    DR. COBIN  IS THE LIBERTARIAN CANDIDATE RUNNING FOR
CONGRESS IN THE FOURTH CONGRESSIONAL DISTRICT.

    HE'S CHALLENGING REPUBLICAN INCUMBENT BOB INGLIS .. AND
DEMOCRAT WILLIAM "GRIFF" GRIFFITH.

[TAKE SOT]{***SOT***}

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Name
\ \ \ William Griffith \ (D) Candidate for Congress \
</b></mosAbstract><b>CG: Name  \ \ \ William Griffith \ (D)
Candidate for Congress \
</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Name\\\Will
iam Griffith\(D) Candidate for
Congress\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEA
DING=</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>2006-11-
04T16:06:33</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED RECUT-
2</itemSlug></mos>]

{1:50}
"I think it probably points out as often is pointed out that
political candidates and elected  officials are just as human
as everyone else out there, and they're subject to the same
frailties temptations etc. as the population at large."{2:07}

---

**F11 COBIN ARRESTED'-INTRO**                    **Duration: 0:51**

[TAKE: ON CAM]{***KELLY ON CAM***}
    WE WERE UNABLE TO REACH COBIN FOR A RESPONSE.
    REPRESENTATIVE BOB INGLIS SAYS HE HAS NO COMMENT.

## F11 COBIN ARRESTED'-INTRO                                Duration: 0:51

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>OTS  \
COBIN ARRESTED \ </b>{<1>COMMITMENT 2006</i>}<b> \ Candidate \
Arrested</b>*SPELL*</mosAbstract><b>OTS \ COBIN ARRESTED \
</b>{<i>COMMITMENT 2006</i>}<b> \ Candidate \
Arrested</b>*SPELL*<objID>CG</objID><objDur>1</objDur><objTB></ob
jTB><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetad
ata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGD
ATA>OTS\COBIN
ARRESTED\\Candidate\Arrested</CGDATA><Mchannel>3</Mchannel><spell>1</spell><
mosGFX>\WYFF-50--8646-10-COMMITMENT
2006\\</mosGFX><modBY></mod><usr>LNEELY</usr><time>2006-11-
04T20:25:13</time><cpu>WYFF-
PROD7</cpu></mod></modBY></approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED&apos;-INTRO-
3</itemSlug></mos>]
[Anchor:KELLY]{**KELLY**}
  [TAKE: ON CAM]{**KELLY ON CAM**}
    A CONGRESSIONAL CANDIDATE IS FACING A DOMESTIC VIOLENCE
CHARGE .. JUST DAYS BEFORE THE GENERAL ELECTION
[TAKE VO]{***VO***}
       DR. JOHN COBIN IS FREE ON BOND THIS MORNING.
    HE WAS ARRESTED SATURDAY AFTER HIS ESTRANGED WIFE TOLD
DEPUTIES COBIN ASSAULTED HER.
          ACCORDING TO THE GREENVILLE COUNTY INCIDENT REPORT .. AN
ALTERCATION THAT STARTED AT COBIN'S WIFE APARTMENT IN GREER ..
LEFT HER WITH QUOTE PHYSICAL INJURIES.
    DR. COBIN  IS THE LIBERTARIAN CANDIDATE RUNNING FOR
CONGRESS IN THE FOURTH CONGRESSIONAL DISTRICT.
    HE'S CHALLENGING REPUBLICAN INCUMBENT BOB INGLIS .. AND
DEMOCRAT WILLIAM "GRIFF" GRIFFITH.
[TAKE SOT]{***SOT***}
[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Name
\ \ \ William Griffith \ (D) Candidate for Congress \
</b></mosAbstract><b>CG: Name  \  \  \ William Griffith \ (D)
Candidate for Congress \
</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Name\\\Will
iam Griffith\(D) Candidate for
Congress\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEA
DING=</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>2006-11-
04T16:06:33</time><cpu>WYFF-
REPT9</cpu></mod></modBY></approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED RECUT-
2</itemSlug></mos>]
{1:50}
"I think it probably points out as often is pointed out that
political candidates and elected  officials are just as human
as everyone else out there, and they're subject to the same
frailties temptations etc. as the population at large."{2:07}

**F11 COBIN ARRESTED'-INTRO**                     **Duration: 0:51**

[TAKE: ON CAM]{***KELLY ON CAM***}
    WE WERE UNABLE TO REACH COBIN FOR A RESPONSE.
    REPRESENTATIVE BOB INGLIS SAYS HE HAS NO COMMENT.

**COBIN ARRESTED-VO** **Duration: 1:13**

[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Talent
on Set \ Kelly
Coakley</b></mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><
abstract><b>CG: Talent on Set \ Kelly
Coakley</b></abstract><itemChannel>0</itemChannel><itemEdStart></itemEdStart
><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchem
a><mosPayload><CGDATA>Talent on Set\Kelly
Coakley</CGDATA><Mchannel>1</Mchannel><spell>0</spell><modBY><mod><usr>KCOAK
LEY</usr><time>2006-11-05T08:14:03</time><cpu>WYFF-
PROD5</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-INTRO-
4</itemSlug></mos>]

[Anchor:KELLY] {**KELLY**}

GOOD MORNING .. I'M KELLY COAKLEY.

THE TIME IS 8:26.

A CANDIDATE RUNNING FOR CONGRESS IS FREE ON BOND THIS MORNING AFTER BEING ARRESTED FOR CRIMINAL DOMESTIC VIOLENCE.

[TAKE VO] {***VO***}

ACCORDING TO THE GREENVILLE COUNTY INCIDENT REPORT .. LIBERTARIAN CANDIDATE .. DR. JOHN COBIN WAS ARRESTED YESTERDAY AT THE CVS PHARMACY ON BATESVILLE ROAD.

DR. COBIN WAS ARRESTED AFTER AN ALTERCATION THAT STARTED AT HIS ESTRANGED WIFE'S APARTMENT IN GREER.

THE REPORT SAYS COBIN PUSHED AND GRABBED HIS WIFE'S NECK .. LEAVING HER WITH QUOTE PHYSICAL INJURIES.

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG:
Locator \ \ Friday \ Greenville \ \ </b></mosAbstract><abstract><b>CG:
Locator \ \ Friday \ Greenville \ \
</b></abstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Locator\\Fr
iday\Greenville\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=Friday</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>20
06-11-04T16:27:51</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
2</itemSlug></mos>]

DR. COBIN IS THE LIBERTARIAN CANDIDATE RUNNING FOR CONGRESS IN THE FOURTH CONGRESSIONAL DISTRICT.

HE'S CHALLENGING REPUBLICAN INCUMBENT BOB INGLIS .. AND DEMOCRAT WILLIAM "GRIFF" GRIFFITH.

WITH JUST DAYS UNTIL THE ELECTION .. GRIFFITH SAYS THE ARREST COMES AS A SHOCK.

[TAKE SOT] {***SOT***}

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Name
\ \ \ William Griffith \ (D) Candidate for Congress \
</b></mosAbstract><abstract><b>CG: Name \ \ \ William Griffith \ (D)
Candidate for Congress \
</b></abstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S

NOV-6-2007  08:53A FROM:NEWS DEPARTMENT        8643708589              TO:*6203783916462802046P.12

**COBIN ARRESTED-VO**                                    **Duration: 1:13**

TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Name\\\Will
iam Griffith\(D) Candidate for
Congress\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEA
DING=</VarN></Variables><modBY><mod><usr>TATWOOD</usr><time>2006-11-
04T16:06:33</time><cpu>WYFF-
REPT9</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARRESTED-VO-
3</itemSlug></mos>]

{1:50}
"I think it probably points out as often is pointed out that
political candidates and elected officials are just as human
as everyone else out there, and they're subject to the same
frailties temptations etc. as the population at large."{2:07}
[TAKE: ON CAM]{***KELLY ON CAM***}
    THE GREENVILLE SHERIFF'S OFFICE SAYS DR. COBIN WAS
RELEASED ON A 25 HUNDRED DOLLAR CASH BOND.
    WE TRIED TO CONTACT DR. COBIN BUT HE DID NOT RETURN OUR
PHONE CALL.
    REPRESENTATIVE BOB INGLIS SAYS HE HAS NO COMMENT.
    NOW HERE'S SARAH WITH A CHECK OF THE WEATHER!

**A11 COBIN ARREST RESPONSE-VO**                          **Duration: 0:39**

[Anchor:GORDON] {**GORDON**}
        CONTINUING OUR COMMITMENT 2006 COVERAGE NOW...
        THE LIBERTARIAN CANDIDATE FOR CONGRESSIONAL DISTRICT FOUR
IS FACING CRIMINAL DOMESTIC VIOLENCE CHARGES.
        THIS EVENING HE RELEASED A PRESS STATEMENT SAYING HE IS
INNOCENT OF ALL CHARGES.
[TAKE VO] {***VO***}
        DR. JOHN COBIN WAS ARRESTED YESTERDAY AND CHARGED WITH
ASSAULTING HIS WIFE.
        HE IS ACCUSED OF PUSHING AND SHOVING HER AND CAUSING
BRUISES.
        ACCORDING TO THE INCIDENT REPORT, THE COUPLE SEPARATED IN
JULY AND APPARENTLY HAD BEEN ARGUING OVER THEIR SIX-MONTH-OLD
SON.
[TAKE: FONT] {**FONT**}

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
COBIN ARREST
RESPONSE</b></mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB>
<b>GFX: News -  COBIN ARREST
RESPONSE</b><itemChannel>0</itemChannel><itemEdStart></itemEdStar
t><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSche
ma><mosPayload><CGDATA>GFXREQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><s
pell>0</spell><Variables><VarN>HEADING=</VarN></Variables><modBY><mod><usr>L
NEELY</usr><time>2006-11-05T22:05:22</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-VO-
2</itemSlug></mos>]
        COBIN'S PRESS RELEASE SAYS QUOTE: I AM INNOCENT OF ALL
CHARGES.
        ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
        I AM CONFIDENT THAT I WILL BE EXONERATED.
        END QUOTE

NOV-6-2007  08:54A FROM:NEWS DEPARTMENT        8643708589              TO:*6203783916462802046P.14

**F23 COBIN ARREST RESPONSE'-INTRO**                    **Duration: 0:47**

[Anchor:BETH]{***BETH***}
        FROM THE NEWS FOUR FOLLOW UP FILE THIS MORNING...
        THE LIBERTARIAN CANDIDATE FOR SOUTH CAROLINA'S FOURTH
CONGRESSIONAL DISTRICT SAYS HE'S INNOCENT OF THE  CRIMINAL
DOMESTIC VIOLENCE CHARGES AGAINST HIM.
[TAKE VO]{***VO***}
        DR. JOHN COBIN WAS ARRESTED SATURDAY IN GREENVILLE
COUNTY.
        HE IS ACCUSED OF PUSHING HIS ESTRANGED WIFE AND CAUSING
BRUISES.
        INVESTIGATORS SAY THE COUPLE HAD BEEN SEPARATED FOR ABOUT
FOUR MONTHS AND WERE ARGUING OVER THEIR SIX-MONTH-OLD SON.
[TAKE: FONT]{**FONT**}

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
COBIN ARREST RESPONSE</b></mosAbstract><b>GFX: News -  COBIN
ARREST
RESPONSE</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><it
emChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mo
sScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>GFX
REQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=</VarN></Variables><modBY><mod><usr>LNEELY</usr><time>2006-11-
05T22:05:22</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE&apos;-INTRO-
2</itemSlug></mos>]
        COBIN RELEASED A STATEMENT SUNDAY...SAYING QUOTE -- I AM
INNOCENT OF ALL CHARGES.
        ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
        I AM CONFIDENT THAT I WILL BE EXONERATED. --
        END QUOTE.
[TAKE: ON CAM]{***BETH ON CAM***}
        COBIN HAS THREE CHALLENGERS IN TOMORROW'S ELECTION.
        THEY ARE REPUBLICAN AND INCUMBANT BOB INGLIS...
        DEMOCRAT WILLIAM "GRIFF" GRIFFITH...
        AND GREEN PARTY CANDIDATE FAYE WALTERS.

**F26 COBIN ARREST RESPONSE'-INTRO**                    **Duration: 0:47**

[Anchor:BETH]{***BETH***}
     FROM THE NEWS FOUR FOLLOW UP FILE THIS MORNING...
     THE LIBERTARIAN CANDIDATE FOR SOUTH CAROLINA'S FOURTH
CONGRESSIONAL DISTRICT SAYS HE'S INNOCENT OF THE  CRIMINAL
DOMESTIC VIOLENCE CHARGES AGAINST HIM.
[TAKE VO]{***VO***}
     DR. JOHN COBIN WAS ARRESTED SATURDAY IN GREENVILLE
COUNTY.
     HE IS ACCUSED OF PUSHING HIS ESTRANGED WIFE AND CAUSING
BRUISES.
     INVESTIGATORS SAY THE COUPLE HAD BEEN SEPARATED FOR ABOUT
FOUR MONTHS AND WERE ARGUING OVER THEIR SIX-MONTH-OLD SON.
[TAKE: FONT]{**FONT**}
[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
COBIN ARREST RESPONSE</b></mosAbstract><b>GFX: News -   COBIN
ARREST
RESPONSE</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><it
emChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mo
sScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>GFX
REQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=</VarN></Variables><modBY><mod><usr>LNEELY</usr><time>2006-11-
05T22:05:22</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE&apos;-INTRO-
2</itemSlug></mos>]
     COBIN RELEASED A STATEMENT SUNDAY...SAYING QUOTE -- I AM
INNOCENT OF ALL CHARGES.
     ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
     I AM CONFIDENT THAT I WILL BE EXONERATED. --
     END QUOTE.
[TAKE: ON CAM]{***BETH ON CAM***}
     COBIN HAS THREE CHALLENGERS IN TOMORROW'S ELECTION.
     THEY ARE REPUBLICAN AND INCUMBANT BOB INGLIS...
     DEMOCRAT WILLIAM "GRIFF" GRIFFITH...
     AND GREEN PARTY CANDIDATE FAYE WALTERS.

**A25 COBIN ARREST RESPONSE-INTRO**                    **Duration: 0:32**

---

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><objID>CG</objID><objDur>1</objDur><objTB></objTB><mosAbstract><b>OTS  \ domestic violence \ </b>[<i>DOMESTIC VIOLENCE</i>]<b> \ Candidate \ Charged</b></mosAbstract><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>OTS\domestic violence\\Candidate\Charged</CGDATA><Mchannel>3</Mchannel><spell>0</spell><mosGFX>\WXII-50--654-10-DOMESTIC VIOLENCE\\</mosGFX><modBY><mod><usr>MHORNE</usr><time>2006-11-06T00:41:38</time><cpu>WYFF-PROD6</cpu></mod><mod><usr>MHORNE</usr><time>2006-11-06T00:41:46</time><cpu>WYFF-PROD6</cpu></mod><modBY><approved></approved><stID></stID><tNUM></tNUM></mosPayload></mosExternalMetadata></mos>]

**[Anchor:BETH]** {***BETH***}

    THE LIBERTARIAN CANDIDATE FOR CONGRESSIONAL DISTRICT FOUR IS FACING CRIMINAL DOMESTIC VIOLENCE CHARGES.

    THIS MORNING... DR. JOHN COBIN SAYS... HE IS INNOCENT OF ALL CHARGES.

**[TAKE VO]** {***VO***}

[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG: Locator  \ \ Greenville County \ </b></mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><b>CG: Locator  \ \ Greenville County \ </b><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Locator\\\Greenville County\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEADING=</VarN></Variables><modBY><mod><usr>MHORNE</usr><time>2006-11-06T00:44:52</time><cpu>WYFF-PROD6</cpu></mod><modBY><approved></approved><stID></stID><tNUM></tNUM></mosPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-INTRO-4</itemSlug></mos>]

    DR. JOHN COBIN WAS ARRESTED SATURDAY AT A C-V-S AND CHARGED WITH ASSAULTING HIS WIFE.

    DEPUTIES SAY... THE COUPLE SEPARATED IN JULY AND WERE ARGUING OVER THEIR SIX-MONTH-OLD SON.

**[TAKE: FONT]** {**FONT**}

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News - COBIN ARREST RESPONSE</b></mosAbstract><b>GFX: News -  COBIN ARREST RESPONSE</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>GFX REQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEADING=</VarN></Variables><modBY><mod><usr>LNEELY</usr><time>2006-11-05T22:05:22</time><cpu>WYFF-PROD7</cpu></mod><modBY><approved></approved><stID></stID><tNUM></tNUM></mosPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-VO-2</itemSlug></mos>]

    COBIN RELEASED A STATEMENT YESTERDAY SAYING... QUOTE...

---

**A25 COBIN ARREST RESPONSE-INTRO**                 **Duration: 0:32**

I AM INNOCENT OF ALL CHARGES.
    ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
    I AM CONFIDENT THAT I WILL BE EXONERATED.
    END QUOTE

NOV-6-2007  08:55A FROM:NEWS DEPARTMENT      8643708589          TO:*620378391646280204 6P.18

**A21 COBIN ARREST RESPONSE-INTRO**                    **Duration: 0:32**

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><objID>CG</objID><objDur>1
</objDur><objTB></objTB><mosAbstract><b>OTS  \ domestic violence \
</b>{<i>DOMESTIC VIOLENCE</i>}<b> \ Candidate \
Charged</b></mosAbstract><itemChannel><itemEdStart></itemEdSt
art><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSc
hema><mosPayload><CGDATA>OTS\domestic
violence\\Candidate\Charged</CGDATA><Mchannel>3</Mchannel><spell>0</spell><m
osGFX>\WXII-50--654-10-DOMESTIC
VIOLENCE\\</mosGFX><modBY><mod><usr>MHORNE</usr><time>2006-11-
06T00:41:38</time><cpu>WYFF-
PROD6</cpu></mod><mod><usr>MHORNE</usr><time>2006-11-
06T00:41:46</time><cpu>WYFF-
PROD6</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata></mos>]
[Anchor:NIGEL]{***NIGEL***}
     THE LIBERTARIAN CANDIDATE FOR CONGRESSIONAL DISTRICT FOUR
IS FACING CRIMINAL DOMESTIC VIOLENCE CHARGES.
     THIS MORNING... DR. JOHN COBIN SAYS... HE IS INNOCENT OF
ALL CHARGES.
[TAKE VO]{***VO***}
[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG:
Locator  \  \ Greenville County \ \
</b></mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><abstrac
t><b>CG: Locator  \  \ Greenville County \ \
</b><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosEx
ternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosP
ayload><CGDATA>Locator\\Greenville
County\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEAD
ING=</VarN></Variables><modBY><mod><usr>MHORNE</usr><time>2006-11-
06T00:44:52</time><cpu>WYFF-
PROD6</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-INTRO-
4</itemSlug></mos>]
     DR. JOHN COBIN WAS ARRESTED SATURDAY AT A C-V-S AND
CHARGED WITH ASSAULTING HIS WIFE.
     DEPUTIES SAY... THE COUPLE SEPARATED IN JULY AND WERE
ARGUING OVER THEIR SIX-MONTH-OLD SON.
[TAKE: FONT]{**FONT**}
[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
COBIN ARREST RESPONSE</b></mosAbstract><b>GFX: News -  COBIN
ARREST
RESPONSE</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><it
emChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mo
sScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>GFX
REQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=</VarN></Variables><modBY><mod><usr>LNEELY</usr><time>2006-11-
05T22:05:22</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sExternalMetadata><itemSlug>COBIN ARREST RESPONSE-VO-
2</itemSlug></mos>]
     COBIN RELEASED A STATEMENT YESTERDAY SAYING... QUOTE...

NOV-6-2007  08:55A FROM:NEWS DEPARTMENT        8643708589              TO:*6203783916462802046P.19

**A21 COBIN ARREST RESPONSE-INTRO**                    **Duration: 0:32**

I AM INNOCENT OF ALL CHARGES.
       ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
       I AM CONFIDENT THAT I WILL BE EXONERATED.
       END QUOTE

**I8 TOP B-VO**                                                   **Duration: 0:25**

[TAKE VO]{***NIGEL VO***}

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG:
Locator  \  \  \ Greenville County \  \ </b></mosAbstract><b>CG:
Locator  \  \  \ Greenville County \  \
</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><itemChanne
l>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mosScope>S
TORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>Locator\\\G
reenville
County\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEAD
ING=</VarN></Variables><modBY><mod><usr>MHORNE</usr><time>2006-11-
06T00:44:52</time><cpu>WYFF-
PROD6</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-INTRO-
3</itemSlug></mos>]

THE LIBERTARIAN CANDIDATE FOR CONGRESSIONAL DISTRICT FOUR
IS FACING CRIMINAL DOMESTIC VIOLENCE CHARGES.
DR. JOHN COBIN IS CHARGED WITH ASSAULTING HIS WIFE.
DEPUTIES SAY... THE COUPLE SEPARATED IN JULY AND WERE
ARGUING OVER THEIR SIX-MONTH-OLD SON.

[TAKE: FONT]{**FONT**}

[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
COBIN ARREST RESPONSE</b></mosAbstract><b>GFX: News -  COBIN
ARREST
RESPONSE</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><it
emChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mo
sScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>GFX
REQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=</VarN></Variables><modBY><mod><usr>LNEELY</usr><time>2006-11-
05T22:05:22</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-INTRO-
4</itemSlug></mos>]

COBIN RELEASED A STATEMENT YESTERDAY SAYING... QUOTE...
I AM INNOCENT OF ALL CHARGES.
ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
I AM CONFIDENT THAT I WILL BE EXONERATED.

NOV-6-2007  08:56A FROM:NEWS DEPARTMENT        8643708589              TO:*62037839164628020046P.21

**COBIN ARREST RESPONSE-INTRO**                    **Duration: 0:32**

[Anchor:BETH]{***BETH***}
    THE LIBERTARIAN CANDIDATE FOR CONGRESSIONAL DISTRICT FOUR
IS FACING CRIMINAL DOMESTIC VIOLENCE CHARGES.
    THIS MORNING... DR. JOHN COBIN SAYS... HE IS INNOCENT OF
ALL CHARGES.
[TAKE VO]{***VO***}

[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG:
Locator \ \ \ Greenville County \ \
</b></mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><abstrac
t><b>CG: Locator \ \ \ Greenville County \ \
</b><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosEx
ternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosP
ayload><CGDATA>Locator\\\Greenville
County\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEAD
ING=</VarN></Variables><modBY><mod><usr>MHORNE</usr><time>2006-11-
06T00:44:52</time><cpu>WYFF-
PROD6</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-INTRO-
4</itemSlug></mos>]
    DR. JOHN COBIN WAS ARRESTED SATURDAY AT A C-V-S AND
CHARGED WITH ASSAULTING HIS WIFE.
    DEPUTIES SAY... THE COUPLE SEPARATED IN JULY AND WERE
ARGUING OVER THEIR SIX-MONTH-OLD SON.
[TAKE: FONT]{**FONT**}

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
COBIN ARREST RESPONSE</b></mosAbstract><b>GFX: News -  COBIN
ARREST
RESPONSE</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><it
emChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mo
sScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>GFX
REQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=</VarN></Variables><modBY><mod><usr>LNEELY</usr><time>2006-11-
05T22:05:22</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-VO-
2</itemSlug></mos>]
    COBIN RELEASED A STATEMENT YESTERDAY SAYING... QUOTE...
I AM INNOCENT OF ALL CHARGES.
    ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
    I AM CONFIDENT THAT I WILL BE EXONERATED.
    END QUOTE

NOV-6-2007  08:57A FROM:NEWS DEPARTMENT        8643708589            TO:*6203783916462802046P.22

---

**A19 COBIN ARREST RESPONSE-INTRO**                    **Duration: 0:31**

---

[Anchor:BETH]{**BETH**}
    A CANDIDATE RUNNING FOR CONGRESSIONAL DISTRICT FOUR SPENT
TIME IN JAIL THIS WEEKEND.
[TAKE VO]{***VO***}

[<mos><itemID>4</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>CG:
Locator \ \ \ Greenville County \ \
</b></mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><abstrac
t><b>CG: Locator \ \ \ Greenville County \ \
</b><itemChannel>0</itemChannel><itemEdStart></itemEdStart><mosEx
ternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosP
ayload><CGDATA>Locator\\\Greenville
County\\</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><VarN>HEAD
ING=</VarN></Variables><modBY><mod><usr>MHORNE</usr><time>2006-11-
06T00:44:52</time><cpu>WYFF-
PROD6</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-INTRO-
4</itemSlug></mos>]
    LIBERTARIAN DR. JOHN COBIN WAS ARRESTED SATURDAY AT A C-V-
S AND CHARGED WITH CRIMINAL DOMESTIC VIOLENCE FOR  ASSAULTING
HIS WIFE.
      DEPUTIES SAY .. THE COUPLE SEPARATED IN JULY AND WERE
ARGUING OVER THEIR SIX MONTH OLD SON.
    DR. JOHN COBIN SAYS .. HE IS INNOCENT.
[TAKE: FONT]{**FONT**}

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
COBIN ARREST RESPONSE</b></mosAbatract><b>GFX: News -  COBIN
ARREST
RESPONSE</b><objID>CG</objID><objDur>1</objDur><objTB></objTB><it
emChannel>0</itemChannel><itemEdStart></itemEdStart><mosExternalMetadata><mo
sScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema><mosPayload><CGDATA>GFX
REQUEST_WYFF14462</CGDATA><Mchannel>1</Mchannel><spell>0</spell><Variables><
VarN>HEADING=</VarN></Variables><modBY><mod><usr>LNEELY</usr><time>2006-11-
05T22:05:22</time><cpu>WYFF-
PROD7</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata><itemSlug>COBIN ARREST RESPONSE-VO-
2</itemSlug></mos>]
    COBIN RELEASED A STATEMENT YESTERDAY SAYING .. QUOTE ..
I AM INNOCENT OF ALL CHARGES.
    ALL MY FRIENDS JOIN ME IN PRAYING FOR FAMILY
RECONCILIATION.
    I AM CONFIDENT THAT I WILL BE EXONERATED.
    END QUOTE

---

## C8 CONGRESSIONAL RACES-INTRO                    Duration: 0:25

[<mos><itemID>3</itemID><mosID>CG.WYFF.MOS</mosID><objID>CG</objID><objDur>1
</objDur><objTB></objTB><mosAbstract><b>OTS  \ gresham barrett \ </b>{<i>US
CAPITOL</i>}<b> \ US Congressional \
Races</b></mosAbstract><itemChannel>0</itemChannel><itemEdStart></itemEdStar
t><mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSche
ma><mosPayload><CGDATA>OTS\gresham barrett\\US
Congressional\Races</CGDATA><Mchannel>3</Mchannel><spell>0</spell><mosGFX>\W
YFF-50--2435-10-US CAPITOL\\</mosGFX><modBY><mod><usr>MHORNE</usr><time>2006-
11-07T23:31:45</time><cpu>WYFF-
REPT12</cpu></mod><mod><usr>MHORNE</usr><time>2006-11-
08T03:18:50</time><cpu>WYFF-
PROD6</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata></mos>]

[Anchor:NIGEL]{***NIGEL***}

    WE HAVE THE RESULTS FROM SOME MAJOR HOUSE RACES THIS
MORNING.

[TAKE: FONT]{***FONT***}

[<mos><itemID>2</itemID><mosID>CG.WYFF.MOS</mosID><mosAbstract><b>GFX: News -
US
HOUSE</b></mosAbstract><objID>CG</objID><objDur>1</objDur><objTB></objTB><ab
stract><b>GFX: News -  US
HOUSE</b><itemChannel>0</itemChannel><itemEdStart></itemEdStart><
mosExternalMetadata><mosScope>STORY</mosScope><mosSchema>UNKNOWN</mosSchema>
<mosPayload><CGDATA>GFXREQUEST_WYFF14539</CGDATA><Mchannel>1</Mchannel><spel
l>0</spell><Variables><VarN>HEADING=</VarN></Variables><modBY><mod><usr>MHOR
NE</usr><time>2006-11-08T03:18:36</time><cpu>WYFF-
PROD6</cpu></mod></modBY><approved></approved><stID></stID><tNUM></tNUM></mo
sPayload></mosExternalMetadata></mos>]

    IN U-S HOUSE DISTRICT FOUR...
    REPUBLICAN BOB INGLIS DEFEATED DEMOCRAT WILLIAM
GRIFFITH... LIBERTARIAN JOHN COBIN... AND GREEN PARTY
CANDIDATE FAYE WALTERS.

    REPUBLICAN GRESHAM BARRETT DEFEATED DEMOCRATIC CHALLENGER
LEE BALLENGER... IN THE RACE FOR SOUTH CAROLINA'S THIRD
CONGRESSIONAL DISTRICT.

    AND FOR U-S HOUSE NORTH CAROLINA DISTRICT 11... DEMOCRAT
HEATH SHULER BEAT CHARLES TAYLOR.