# EXHIBIT 4

# TO DEFENDANTS' MOTION TO DISMISS
# 7:07-CV-03869-HFF-BHH

# (*GREENVILLE NEWS* ARTICLE)

Sunday, November 5, 2006
Section: Front
Page: 1
From: Staff
Edition: Final
Publication: The Greenville News

Candidate charged with harming wife

Cobin running for U.S. House seat

By E. Richard Walton
STAFF WRITER
erwalton@greenvillenews.com

John Macarewich Cobin of Greer, the Libertarian candidate for the 4th District U.S. House seat, was charged Saturday with criminal domestic violence, an arrest warrant said.

Cobin, 43, of 140 Sun Meadow Road, is attempting to unseat U.S. Rep. Bob Inglis. He is accused of pushing and shoving his wife, Lesle Long Cobin, 44, the warrant said, and causing bruises.

The incident happened at 9:30 a.m. Saturday at the Thornblade Park Apartments, according to a Greenville County Sheriff's Office incident report.

Cobin could not be reached for comment.

He was arrested at a CVS store on Batesville Road without incident, the report said. He had the couple's 6-month-old son with him, and the boy was taken by Lesle Cobin, the incident report said.

One deputy went to the store and spoke to Cobin and David Long, Cobin's brother-in-law, the incident report said. A second deputy met with Lesle Cobin at her apartment.

The couple, who separated in July, appeared to have been arguing over their son, according to the incident report.

Lesle Cobin appeared to have a bruised right shin and right arm, a swollen and bruised ankle, according to the incident report. She

declined treatment from an EMS crew and indicated her brother would take her to an emergency room.

Neither Cobin nor the couple's son was injured, the report said.

Reached late Saturday at his home in Greer, David Long said of Lesle Cobin, "She's OK." He declined to talk about John Cobin.

Cobin posted a $2,500 bond and was released from the Greenville County Detention Center, said Lt. Shea Smith, a sheriff's spokesman.

Also challenging Inglis on Tuesday are William Griff Griffith, a Democrat, and C. Faye Walters, a Green Party candidate.

+Staff writer E. Richard Walton can be reached at 298-4317.